United States District Court
Northern District of New York

# JUDGMENT

**LAWRENCE RIDINGS**
                    **Plaintiff**

        **VS.**                            **1:08-CV-26 (FJS)**

**LAFARGE NORTH AMERICA, INC.**

                      **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the action is hereby remanded to the New York State Supreme Court, County of Nassau for further proceedings.

All of the above pursuant to the Order of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 28th day of January, 2008.


**JANUARY 30, 2008**                    **LAWRENCE K. BAERMAN**

**DATE**                                      **CLERK OF COURT**

                                                     **s/**


                                                     **JOANNE BLESKOSKI**
                                                     **DEPUTY CLERK**